# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:14 CV 013

BARBARA ZULCH AND EDWARD ZULCH, )
)
)
    Plaintiffs, )
)
    V )         **ORDER**
)
NOVARTIS PHARMACEUTICALS )
CORPORATION, )
)
    Defendant. )

**THIS MATTER** is before the Court on Christopher C. Lam's Application for Admission to Practice *Pro Hac Vice* of Katharine Ruth Latimer. It appearing that Katharine Ruth Latimer is a member in good standing with the Washington, DC Bar and will be appearing with Christopher C. Lam, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher C. Lam's Application for Admission to Practice *Pro Hac Vice* (#13) of Katharine Ruth Latimer is

**GRANTED**, and that Katharine Ruth Latimer is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher C. Lam.

Signed: May 1, 2014

Dennis L. Howell
United States Magistrate Judge