THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:14-cv-00013-MR-DLH

| | |
|---|---|
| BARBARA ZULCH and EDWARD ZULCH, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NOVARTIS PHARMACEUTICALS CORPORATION, )<br>)<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Order of the United States District Court for the District of Columbia transferring this case to the District Court for the Western District of North Carolina for further proceedings. [See Minute Order entered April 22, 2014, Doc. 10 at 2].

In light of this Order, the Court will require the parties to conduct an attorneys' conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Upon receipt of the parties' report, the Court will enter a Pretrial Order and Case

Management Plan setting any necessary pretrial deadlines and placing this matter on a calendar for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **May 23, 2014**, and that the parties shall file a status report with the Court no later than **May 30, 2014.**

**IT IS SO ORDERED.**

Signed: May 8, 2014

Martin Reidinger
United States District Judge