**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 013**


| | | |
|---|---|---|
| **BARBARA AND EDWARD ZULCH,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **NOVARTIS PHARMACEUTICALS** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |


**THIS MATTER** is before the undersigned pursuant to a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#18). In the Certification, the parties requests a conference with the Court before the entry of a scheduling order. The undersigned will set a hearing concerning the Certification for Thursday, July 3, 2014.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that a hearing regarding the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#18) with be set for **July 3, 2014 at 2:00 p.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina. Counsel for the Plaintiff and the Defendant are required to appear for the hearing and conference.

Signed: June 26, 2014

Dennis L. Howell
United States Magistrate Judge