IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 13

| | | |
|---|---|---|
| BARBARA AND EDWARD ZULCH, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

**PURSUANT** to a request made by counsel in this matter in a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#18), the undersigned scheduled a conference with the Court prior to the entry of a scheduling order in this matter. (#19) Shortly after entering the scheduling order, chambers of the undersigned was advised that the time for the setting of the conference was not convenient for counsel for the parties. As a result, the undersigned now enters this Order **CANCELING** the hearing and conference that was previously set for July 3, 2014 at 2:00 p.m. Neither counsel for the Plaintiff nor counsel for Defendant are required to appear.

Signed: June 27, 2014

Dennis L. Howell
United States Magistrate Judge