IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 013

| | | |
|---|---|---|
| BARBARA AND EDWARD ZULCH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the undersigned based upon a review of the file in this matter. On April 28, 2014 a copy of the Complaint (#1) was filed in this cause. Additionally, thereafter, copies of a Conditional Transfer Order (#2), Notice of extraction of case (#4), and a certified copy of a Conditional Remand Order (#6) was filed. An examination of the file in this matter does not show that there has been filed any other pleadings that relate to this case; such as, any Answer or responsive pleading filed by the Defendant, nor any scheduling orders, or other orders or documents from which this Court can make a determination of the status of this case as of the time that it was transferred to the Western District of North Carolina. As a result, the parties and their counsel will be directed to confer and to then file with this Court previously filed documents, including the

1

Answer of the Defendant and other pleadings which will allow this Court to administer and manage this case.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that counsel for the Plaintiffs and counsel for the Defendant shall confer before **August 27, 2014** for the purpose of their determining what pleadings should be filed with the Clerk of the United States District Court for the Western District of North Carolina. Those pleadings shall include the Answer or responsive pleading of the Defendant and such other documents as have been filed in previous courts such that this Court can make a determination of the status of this case. Such pleadings shall be filed on or before **September 3, 2014**.

Signed: August 13, 2014

Dennis L. Howell
United States Magistrate Judge